**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, PAUL NOKHAM**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL NOKHAM<br><br>Defendant. | Case No.: 1:12CR0341 LJO-SKO<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER THEREON** |

Defendant, PAUL NOKHAM, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

That the condition of Pretrial Release regarding Defendants' travel be modified to reflect the following: Defendants' travel is restricted to the District of Nevada, and, for court related purposes, to the Eastern District of California, unless otherwise approved in advance by pretrial services; all other conditions of release, not in conflict, shall remain in full force and effect. Pretrial services approves of this modification.

Dated: February 28, 2013          Respectfully submitted,

By: /s/ PETER M. JONES_____
     PETER M. JONES, Attorney for
     Defendant, PAUL NOKHAM

{7300/002/00400014.DOC}                              1

**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND [PROPOSED] ORDER THEREON**

Dated: February 28, 2013              BENJAMIN B. WAGNER, U.S. Attorney

UNITED STATES ATTORNEY'S OFFICE

By: /s/ KAREN A. ESCOBAR
    KAREN A. ESCOBAR,
    Assistant U.S. Attorney

## ORDER

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the travel condition of pretrial release regarding Defendant, Paul Nokham, be modified as follows: He is restricted to travel within the District of Nevada and, for Court related purposes, to the Eastern District of California unless otherwise approved in advance by Pretrial services. All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **February 28, 2013**                   **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE