**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93729
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, PAUL NOKHAM**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>     v.<br><br>PAUL NOKHAM<br><br>         Defendant(s). | Case No.:  1:12CR0341 LJO-SKO<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND ORDER THEREON** |

     Defendant, PAUL NOKHAM, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

     That the condition of Pretrial Release regarding Defendants' travel be modified to reflect the following: Defendant may travel to the State of North Carolina to attend his son, Christopher Lucky Phayrin's wedding to be held on September 1, 2013 in Hope Mills, North Carolina with a reception to follow in Fayetteville, North Carolina.  Defendant is to leave no earlier than Friday, August 30, 2013, and return to the District of Nevada no later than Tuesday, September 3, 2013; all other conditions of release, not in conflict, shall remain in full force and effect.

{7300/002/00424456.DOC}

1

---
**STIPULATION TO VACATE PRETRIAL RELEASE CONDITION; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER**

# DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Paul Nokham, a Defendant in the above-entitled action.

2. Mr. Nokham informed me that he would like to attend his son, Christopher's wedding that is scheduled to be held in North Carolina on Sunday, September 1, 2013 (invitation attached hereto as Exhibit "A").

3. Mr. Nokham currently resides in and is being supervised by pre-trial release in the District of Nevada.

4. I have contacted Pretrial Release Officer, Dan Starks, and informed him of Mr. Nokham's desire to attend his son's wedding. Officer Starks informed me that he would take a "neutral" position on a travel request.

5. I have contacted AUSA Karen Escobar, and she has agreed to stipulate to the Defendant's travel request provided there are specific departure and return dates.

6. I have contacted Mr. Nokham's son, Christopher Lucky Nokham Phayrin (310) 902-9678. Mr. Phayrin informed me that he is in the United States Army stationed in North Carolina. He confirmed his wedding date and stated that he would very much like for his father to attend. He confirmed that the defendant is his father. He said he has always gone by his mother's last name.

I declare under penalty of perjury that the foregoing is true and that this declaration was executed in Fresno, California, on August 19, 2013.

                                                     /s/ Peter M. Jones
                                                     Peter M. Jones

Dated: August 19, 2013                    Respectfully submitted,

                                          By: /s/ PETER M. JONES
                                              PETER M. JONES, Attorney for
                                              Defendant, PAUL NOKHAM

Dated: August 19, 2013                    BENJAMIN B. WAGNER, U.S. Attorney
                                          UNITED STATES ATTORNEY'S OFFICE

                                          By: /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR,
                                              Assistant U.S. Attorney

### ORDER

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the travel condition of Pretrial Release regarding Defendant, Paul Nokham, be modified as follows: He may travel to the State of North Carolina to attend his son, Christopher Lucky Phayrin's Wedding. He will leave no earlier than Friday, August 30, 2013 and return to the District of Nevada no later than Tuesday, September 3, 2013. All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

    Dated:   **August 19, 2013**                **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

{7300/002/00424456.DOC}

**STIPULATION TO VACATE PRETRIAL RELEASE CONDITION; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER**